**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

REPUBLIC BANK OF CHICAGO,

        Plaintiff,

v.

COMER GROUP, INC., et al.,

        Defendants.

Civil No. 21-13185 (NLH/MJS)

**ORDER**

**HILLMAN**, District Judge

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this  8th  day of  August, 2022

    **ORDERED** that Plaintiff's Motion for Default Judgment [Docket Number 11] be, and the same hereby is, **GRANTED**; and it is further

    **ORDERED** that pursuant to Federal Rule of Civil Procedure 58 judgment shall be entered in the amount of $227.641.52 in favor of Plaintiff.

                             s/ Noel L. Hillman
At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.